IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>**RICARDO NUNEZ**<br><br>                Defendant. | **SEALED**<br><br>CR NO: 1:25-MJ-00072 SAB |



**FILED**
Jun 26, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Ricardo Nunez
Detained at: Fresno County Jail
Detainee is:   a.)   ☐ charged in this district by:   ☐ Indictment   ☐ Information   ☒ Complaint
                charging detainee with: Title 21, United States Code, Sections 846, 841(a)(1)
or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 27, 2025 at 2:00 PM in Courtroom 8 in the Robert E. Coyle United States Courthouse*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on June 27, 2025, at 2:00 PM in Courtroom 8, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jun 26, 2025**

/s/ Stanley A. Boone
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| AKA(s) (if | | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2317919 | | DOB: | 7/31/2002 |
| Facility Address: | 225 M St, Fresno, CA 93721 | | Race: | Hispanic |
| Facility Phone: | (559) 600-8600 | | FBI#: | P6K81KD5H |
| Currently | | | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)